

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

9-28-2006

# USA v. DeMichael

Precedential or Non-Precedential: Precedential

Docket No. 04-1936

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"USA v. DeMichael" (2006). *2006 Decisions.* Paper 387.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/387

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 04-1936

UNITED STATES OF AMERICA
v.
THOMAS DEMICHAEL

*Patricia DeMichael,
Appellant

*(Pursuant to Court Order dated 7/17/06)

Appeal from the United States District Court
for the District of New Jersey
(D.C.  Criminal No. 01-cr-00197-9)
District Judge: Honorable Dickinson R. Debevoise

Argued July 13, 2006
Before:  SLOVITER, McKEE and RENDELL, <u>Circuit</u> <u>Judges</u>.

ORDER AMENDING OPINION

It is hereby ordered that the opinion filed on August 29, 2006, in the above referenced case is amended as follows:

Page 4 of the slip opinion (which spans the last two lines of *1 of Westlaw's version of the opinion, 2006 WL 2473476) should read "except for restitution payments" instead of "except for retribution payments".

By the Court,

<u>/s/ Marjorie O. Rendell</u>
Circuit Judge

Dated: 28 September 2006